RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel:    202-616-3366
Fax:    202-307-0054
y.jeannette.tran@usdoj.gov

BILLY J. WILLIAMS
United States Attorney, District of Oregon
*Of Counsel*

**Attorneys for the United States of America**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:21-cv-00040 |
| Plaintiff, | |
| | COMPLAINT |
| v. | |
| TOBIAS A. MUDRICK; TERRI L. MUDRICK a.k.a. TERRI LYNN; MARION COUNTY; GREGORY D. PEEVY d.b.a. STAYTON'S HOBBY HUT; and OREGON DEPARTMENT OF REVENUE, | |
| Defendants. | |

The United States of America ("United States"), by and through its undersigned counsel,

hereby alleges as follows:

## **INTRODUCTION**

1.      This is a civil action timely brought by the United States of America ("United States") to: (i) reduce to judgment the outstanding federal tax assessments against Tobias A. Mudrick; (ii) find a parcel of improved property located in Marion County, Oregon, described more completely below and referred to as the "Stayton Property", is held by a nominee of Defendant Tobias A. Mudrick and/or that it was fraudulently transferred; (iii) find that the actions in connection with the purported transfers of the Stayton Property created a resulting trust in which Tobias A. Mudrick has a beneficial interest; (iv) find that federal tax liens attach to the Stayton Property; and (v) determine the validity and priority of the liens and claims of all the parties as to the Stayton Property.

## **JURISDICTION AND VENUE**

2.      This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and with the authorization and request of the Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury of the United States.

3.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402 and 7403.

4.      Venue properly lies in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1396 because Tobias A. Mudrick resides in this judicial district, the federal tax liabilities at issue accrued within this judicial district, and the Stayton Property is located within this judicial district.

5.      Divisional venue within this judicial district lies within the Eugene Division

pursuant to LR 3-2(a)(3) because Tobias A. Mudrick lives in Marion County, Oregon.

## DEFENDANTS

6.      Tobias A. Mudrick resides in this judicial district and is named as a defendant because he has unpaid federal tax liabilities and has an ownership interest in the Stayton Property.

7.      Terri L. Mudrick is named as a defendant pursuant to 26 U.S.C. § 7403(b) because she may claim an interest in the Stayton Property.

8.      Tobias A. Mudrick and Terri L. Mudrick are married.

9.      Upon information and belief, Terri L. Mudrick is also known as Terri Lynn, and uses this name in order to cloud title on the Stayton Property and/or to avoid Tobias A. Mudrick's creditors.

10.      Marion County is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Stayton Property.

11.      Oregon Department of Revenue is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Stayton Property.

12.      Gregory D. Peevy d.b.a. Stayton's Hobby Hut is named as a defendant pursuant to 26 U.S.C. § 7403(b) because he may claim an interest in the Stayton Property.

## STAYTON PROPERTY

13.      The real property sought to be foreclosed by this action consists of a parcel of real property commonly described as 719 N. First Ave., Stayton, OR 97383 ("Stayton Property"). The Stayton Property bears Marion County Assessor's Account Number R104344 and Map Tax Lot Number 091W10CA06600. The legal description of the Stayton Property is as follows:

> Lot 26 and the Easterly 25 Feet of Lot 25, in Potter's Addition to Stayton,
> Marion County, Oregon. (Plat Volume 4, Page 2).

14.    On or about February 18, 2013, Terri L. Mudrick acquired the Stayton Property by Warranty Deed from Willard F. Allman. The consideration stated the Warranty Deed is $100,000. The funds for this purchase came from Tobias A. Mudrick. The Warranty Deed was recorded with the Marion County Clerk on February 20, 2013 (Control Number 333466; Instrument 2013 00007673).

15.    On or about May 2, 2013, Terri L. Mudrick purported to transfer the Stayton Property to "Terri Lynn" for no consideration by Bargain and Sale Deed. The consideration stated on the Bargain and Sale Deed is "$0." The Bargain and Sale Deed was recorded with the Marion County Clerk on May 6, 2013 (Control Number 338553; Instrument 2013 00020480).

16.    Terri L. Mudrick is being used by Tobias A. Mudrick to shield his assets, including the Stayton Property, from tax collection.

## FEDERAL TAX LIABILITIES

17.    The United States incorporates by reference paragraphs 1 through 16, above, as if fully set forth here.

18.    Tobias A. Mudrick has not voluntarily filed a federal income tax return since tax year 2007 and did not voluntarily file a federal income tax return for 2008.

19.    During tax year 2008, Tobias A. Mudrick worked at Mudrick Underground Inc. On information and belief, Mudrick Underground Inc. was a company in the heavy and civil engineering construction industry.

20.    During tax year 2008, Tobias A. Mudrick was a one-third shareholder of Mudrick Underground Inc.

21.    Mudrick Underground Inc. issued a W-2 for tax year 2008 to Tobias A. Mudrick that reflected wages to Tobias A. Mudrick.

22.     Mudrick Underground Inc. issued a Schedule K-1 for tax year 2008 to Tobias A. Mudrick that reflected ordinary income to Tobias A. Mudrick.

23.     Third parties, Mudrick Underground Inc., First Tennessee Bank, and Wells Fargo Bank, N.A., reported to the IRS income for Tobias A. Mudrick for tax year 2008.

24.     The IRS calculated Tobias Mudrick's tax liabilities under 26 U.S.C. § 6020(b) for tax year 2008 based on income information reported by third parties.

25.     On or about May 31, 2011, the IRS sent a Statutory Notice of Deficiency to Tobias A. Mudrick computing his tax liability for tax year 2008. The Statutory Notice of Deficiency also asserted additions to tax under 26 U.S.C. § 6651 (a)(1) (penalty for failure to file tax return), 26 U.S.C. § 6651(a)(2) (penalty for failure to pay tax), and 26 U.S.C. § 6654(a) (penalty for failure to pay estimated tax liability). Tobias A. Mudrick did not petition the U.S. Tax Court to contest the Statutory Notice of Deficiency and the time has expired to do so. 26 U.S.C. § 6213(a).

26.     On the dates and for the amounts listed in the chart below, a duly authorized delegate of the Secretary of the Treasury made timely assessments against Tobias A. Mudrick for unpaid federal income taxes (Form 1040: U.S. Individual Income Tax Return), penalties, interest, and other statutory additions for the taxable periods set forth below:

| Type of Tax | Tax Period | Assessment Date | Amount Assessed | Unpaid Balance Due as of December 20, 2020 (including accruals, fees and collection costs, payments, and credits) |
|---|---|---|---|---|
| 1040 (Income) | 12/31/2008 | 11/07/2011 | $300,826.00 (t) | $661,790.30 |
| | | 11/07/2011 | $9,235.68 (etp) | |
| | | 11/07/2011 | $64,960.42 (lfp) | |
| | | 11/07/2011 | $44,750.51 (fptp) | |
| | | 11/07/2011 | $35,406.14 (i) | |
| | | 10/15/2012 | $27,427.74 (lfp) | |
| | | 11/24/2014 | $44,191.28 (i) | |
| | | 11/30/2015 | $15,926.89 (i) | |
| | | | **TOTAL** | $661,790.30 |

**Key:**  t = tax
 i = interest
 etp = failure to pay estimated tax penalty (26 U.S.C. § 6654)
 fptp = failure to pay tax penalty (26 U.S.C. § 6651)
 lfp = late filing penalty (26 U.S.C. § 6651)

## FIRST CLAIM FOR RELIEF: TO REDUCE FEDERAL TAX ASSESSMENTS AGAINST DEFENDANT TOBIAS MUDRICK TO JUDGMENT

27.  The United States incorporates by reference paragraphs 1 through 26, above, as if fully set forth here.

28.  Timely notice stating the amounts and demanding payments of the assessments set forth in paragraph 26, above, was given to Tobias A. Mudrick, as required by 26 U.S.C. § 6303.

29.  Despite timely notice and demand for payment of the assessments described in paragraph 26, above, Tobias A. Mudrick has neglected, failed, and/or refused to make full payment of the assessed amounts to the United States.

30.  The United States has established a claim against Tobias A. Mudrick in the amount of $661,790.30 for unpaid federal income taxes for the assessments described in paragraph 26, above, as of December 20, 2020. Additional unassessed interest and other statutory additions as provided by law will accrue on this balance.

## SECOND CLAIM FOR RELIEF: TO DETERMINE THAT DEFENDANT TOBIAS A. MUDRICK IS THE TRUE OWNER OF THE STAYTON PROPERTY

31.  The United States incorporates by reference paragraphs 1 through 30, above, as if fully set forth here.

32.  On or about February 18, 2013, Terri L. Mudrick acquired the Stayton Property by Warranty Deed from Willard F. Allman. The consideration stated the Warranty Deed is $100,000. The funds for this purchase came from Tobias A. Mudrick. The Warranty Deed was

recorded with the Marion County Clerk on February 20, 2013 (Control Number 333466; Instrument 2013 00007673).

33.     On or about May 2, 2013, Terri L. Mudrick purported to transfer the Stayton Property to "Terri Lynn" for no consideration by Bargain and Sale Deed. The consideration stated on the Bargain and Sale Deed is "$0." The Bargain and Sale Deed was recorded with the Marion County Clerk on May 6, 2013 (Control Number 338553; Instrument 2013 00020480).

34.     The purported transfer of the Stayton Property to Terri L. Mudrick referring to herself as "Terri Lynn" on or about May 2, 2013 was not for reasonably equivalent value.

35.     Terri L. Mudrick is being used by Tobias A. Mudrick to shield his assets, including the Stayton Property, from tax collection.

36.     Tobias A. Mudrick uses savings and checking bank accounts held at NW Preferred Federal Credit Union in the name of Terri L. Mudrick (referred to herein collectively as, "Nominee Bank Accounts" and individually as "Nominee Savings Account" and "Nominee Checking Account") as nominee bank accounts.

37.     In the years preceding the acquisition of the Stayton Property by Terri L. Mudrick, Terri L. Mudrick earned little to no income of her own and Tobias A. Mudrick diverted his own funds into the Nominee Bank Accounts.

38.     From 2008 through 2013, Tobias A. Mudrick held an account at Swiss America Trading Corporation ("Swiss America"), a precious metals trading company.

39.     In September 2008, Tobias Mudrick transferred around $300,000.00 via bank wire to Swiss America for the purchase of precious metals.

40.     In 2012 and 2013, Tobias A. Mudrick sold back precious metals to Swiss America, and checks in varying amounts from Swiss America totaling over $400,000.00 were

deposited into the Nominee Bank Accounts.

41.     In or about April 2012 and shortly before the purchase of the Stayton Property, over $269,000 in Swiss America checks were deposited into the Nominee Bank Accounts as follows:

a.      In or about May 2012, over $50,000.00 in Swiss America checks were deposited in the Nominee Savings Account.

b.      Between the opening of the Nominee Checking Account, with an opening balance of less than $500.00, and the purchase of the Stayton Property, more than $210,000.00 in Swiss America checks were deposited into the checking account, comprising over 90% of the total money deposits into that account.

42.     In or about April 2012 and not long before the purchase of the Stayton Property, less than $16,000 in deposits to the Nominee Bank Accounts were attributable to non-Swiss America checks.

43.     Tobias A. Mudrick provided the funds for the purchase of the Stayton Property.

44.     Tobias A. Mudrick uses the Nominee Bank Accounts to pay his personal expenses, including credit cards and expenses associated with the Stayton Property (e.g., maintenance and utilities).

45.     Despite the transfers of title of the Stayton Property to Terri L. Mudrick, and then from Terri L. Mudrick to herself as Terri Lynn, Tobias A. Mudrick has continued to enjoy the benefits of ownership of the Stayton Property.

46.     Tobias A. Mudrick uses the Nominee Bank Accounts to deposit rental payments from Stayton's Hobby Hut, a business operating out of the Stayton Property.

47.     Tobias A. Mudrick continues to exercise complete dominion and control over all

aspects of the Stayton Property.

48.     Based on the foregoing, and because Tobias A. Mudrick maintained a beneficial interest in and control over the Stayton Property, to the extent that Terri L. Mudrick as Terri L. Mudrick and/or Terri Lynn holds title to the Stayton Property, she does so as the nominee of Tobias A. Mudrick.

49.     Additionally, the purported transfers of the Stayton Property from Willard F. Allman to Terri L. Mudrick and then Terri L. Mudrick to herself as Terri Lynn, described in paragraphs 32 and 33, above, were fraudulent to the United States.

50.     By failing to pay liabilities as they became due, Tobias A. Mudrick is presumed to be insolvent under O.R.S. § 95.210.

51.     By using Terri L. Mudrick to acquire and convey the Stayton Property to herself and as Terri Lynn, Tobias A. Mudrick acted with the intent to hinder, delay, or defraud the United States. As such, the transfers are fraudulent and the United States' tax liens attach to the Stayton Property under O.R.S. §§ 95.230, .260.

52.     In addition, by using Terri L. Mudrick to acquire and convey the Stayton Property to herself and as Terri Lynn, Tobias A. Mudrick transferred the Stayton Property without receiving reasonably equivalent value in exchange and intended to incur debts beyond his ability to pay. As such, the transfers are fraudulent and the United States' tax liens attach to the Stayton Property under O.R.S. §§ 95.230, .260.

53.     Any claim to or interest in the Stayton Property by Terri L. Mudrick as Terri L. Mudrick and/or Terri Lynn, is fraudulent and/or non-existent. Any such claims or interests were part of a scheme to defraud creditors of Tobias A. Mudrick, including the United States, and have no merit.

54.     Alternatively, at the time of the transfers of the Stayton Property described in paragraphs 32 and 33, above, Tobias A. Mudrick intended to retain a beneficial interest in the Stayton Property.

55.     The actions of the parties described herein created a resulting trust concerning the Stayton Property, in which trust Tobias A. Mudrick has a beneficial interest. *See Hughes v. Ephrem*, 275 Or. App. 477, 365 P.3d 613 (2015); *Shipe v. Hillman*, 206 Or. 556, 292 P.2d 123 (1955).

56.     Tobias A. Mudrick is the true and legal owner of the Stayton Property despite the purported transfers to Terri L. Mudrick as Terri L. Mudrick and/or Terri Lynn.

### THIRD CLAIM FOR RELIEF: FOR DECLARATORY JUDGMENT THAT FEDERAL TAX LIENS ENCUMBER THE STAYTON PROPERTY

57.     The United States incorporates by reference paragraphs 1 through 56, above, as if fully set forth here.

58.     Pursuant to 26 U.S.C. §§ 6321 and 6322, liens arose in favor of the United States on the dates of the assessments set forth in paragraph 26, above, and attached to all property and rights to property of Tobias A. Mudrick, including the Stayton Property.

59.     On May 3, 2013 at 10:50 a.m., in order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded a Notice of Federal Tax Lien ("NFTL") against Tobias A. Mudrick with respect to Tobias A. Mudrick's unpaid federal income tax liabilities for the tax period ending December 31, 2008, with the Marion County Clerk (Control No. 338359; Instrument No. 2013 00019891).

60.     On November 16, 2018, in order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded a NFTL against "Terri Lynn as the nominee of Tobias A Mudrick" with respect to Tobias A. Mudrick's unpaid federal

income tax liabilities for the tax period ending December 31, 2008 and concerning the Stayton Property, with the Marion County Clerk (Control No. 531029; Instrument No. 2018 00055110).

61.     The Stayton Property and all fixtures thereon are encumbered with liens for the unpaid federal tax assessments described in paragraph 26, above.

62.     The federal tax liens arising from the assessments described in paragraph 26, above, have priority over all interests in the Stayton Property acquired after the attachment of the federal tax liens, subject to the provisions of 26 U.S.C. § 6323.

63.     The United States is entitled to declaratory relief finding that its federal tax liens against Tobias A. Mudrick attach to the Stayton Property on the basis that: Terri L. Mudrick as Terri L. Mudrick and/or Terri Lynn, is the nominee or fraudulent transferee of Tobias A. Mudrick; or, alternatively that Tobias A. Mudrick has a beneficial interest in the Stayton Property by virtue of the actions in connection with the purported transfers of the Stayton Property described in paragraphs 32 and 33, above.

64.     Federal tax liens arising from the assessments against Tobias A. Mudrick continue to attach to the Stayton Property.

65.     Under 26 U.S.C. § 7403, the United States seeks and is entitled to an adjudication and determination that its liens attach to the Stayton Property.

WHEREFORE, the Plaintiff, the United States prays as follows:

A.     That this Court determine, adjudge, and decree that Defendant Tobias A. Mudrick is indebted to the United States for unpaid federal income tax liabilities for tax year 2008, described in paragraph 26, above, in the amount of $661,790.30 as of December 20, 2020, plus statutory interest which continues to accrue as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622 and other statutory additions as provided by law, less any subsequent

payment or credits until paid in full, and that judgment in that amount be entered against Defendant Tobias A. Mudrick and in favor of the United States;

B.      That this Court determine, adjudge, and decree that the United States has valid and subsisting tax liens against all property and rights to property of Defendant Tobias A. Mudrick, including but not limited to, his interest in the Stayton Property;

C.      That this Court determine, adjudge, and decree that Defendant Terri L. Mudrick as Terri L. Mudrick and/or Terri Lynn, is the nominee of Defendant Tobias A. Mudrick;

D.      That this Court determine, adjudge, and decree that the purported transfers of the Stayton Property to Defendant Terri L. Mudrick as Terri L. Mudrick and/or Terri Lynn were fraudulent transfers and of no effect as to the lien claims of the United States, and that the United States' federal tax liens attach to the Stayton Property;

E.      That this Court determine, adjudge, and decree that any claim to or interest in the Stayton Property by Defendant Terri L. Mudrick as Terri L. Mudrick and/or Terri Lynn is fraudulent and/or non-existent;

F.      That this Court determine, adjudge, and decree that the actions in connection with the purported transfers of the Stayton Property described in paragraphs 32 and 33, above, created a resulting trust in which Tobias A. Mudrick has a beneficial interest;

G.      That this Court determine the validity and priority of all liens and other interests in the Stayton Property; and

///

///

///

///

H.    That the United States be awarded its costs and attorney's fees herein, and such

other and further relief as this Court deems just and proper.

DATED this 13th day of January, 2021.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel:    202-616-3366
Fax:    202-307-0054
y.jeannette.tran@usdoj.gov

BILLY J. WILLIAMS
United States Attorney, District of Oregon
*Of Counsel*

*Attorneys for the United States of America*

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | Tobias A. Mudrick; Terri L. Mudrick a.k.a. Terri Lynn; Marion County; Gregory D. Peevy d.b.a. Stayton's Hobby Hut; and Oregon Department of Revenue |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Marion
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
Yen Jeannette Tran, U.S. Dept. of Justice, Tax Division
P.O. Box 683, Washington, D.C. 20044
(202) 616-3366

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
     Plaintiff

☐ 2   U.S. Government
     Defendant

☐ 3   Federal Question
     *(U.S. Government Not a Party)*

☐ 4   Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |     Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &     Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
|   & Enforcement of Judgment |     Slander     Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted |     Liability   ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
|     Student Loans | ☐ 340 Marine     Injury Product | | |     Corrupt Organizations |
|     (Excludes Veterans) | ☐ 345 Marine Product     Liability | | **LABOR**   **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment |     Liability   **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards   ☐ 861 HIA (1395ff) | | ☐ 490 Cable/Sat TV |
|     of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud |     Act   ☐ 862 Black Lung (923) | | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 720 Labor/Management   ☐ 863 DIWC/DIWW (405(g)) | |     Exchange |
| ☐ 190 Other Contract |     Product Liability   ☐ 380 Other Personal |     Relations   ☐ 864 SSID Title XVI | | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal     Property Damage | ☐ 740 Railway Labor Act   ☐ 865 RSI (405(g)) | | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise |     Injury   ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury -     Product Liability |     Leave Act | | ☐ 895 Freedom of Information |
| |     Medical Malpractice | ☐ 790 Other Labor Litigation   **FEDERAL TAX SUITS** | |     Act |
| **REAL PROPERTY**   **CIVIL RIGHTS**   **PRISONER PETITIONS** | | ☐ 791 Employee Retirement   ☒ 870 Taxes (U.S. Plaintiff | | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation   ☐ 440 Other Civil Rights   **Habeas Corpus:** | |     Income Security Act     or Defendant) | | ☐ 899 Administrative Procedure |
| ☐ 220 Foreclosure   ☐ 441 Voting   ☐ 463 Alien Detainee | |   ☐ 871 IRS—Third Party | |     Act/Review or Appeal of |
| ☐ 230 Rent Lease & Ejectment   ☐ 442 Employment   ☐ 510 Motions to Vacate | |     26 USC 7609 | |     Agency Decision |
| ☐ 240 Torts to Land   ☐ 443 Housing/     Sentence | | | | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability     Accommodations   ☐ 530 General | | | |     State Statutes |
| ☐ 290 All Other Real Property   ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | | **IMMIGRATION** | | |
|     Employment   **Other:** | | ☐ 462 Naturalization Application | | |
|   ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | | ☐ 465 Other Immigration | | |
|     Other   ☐ 550 Civil Rights | |     Actions | | |
|   ☐ 448 Education   ☐ 555 Prison Condition | | | | |
|   ☐ 560 Civil Detainee - | | | | |
|     Conditions of | | | | |
|     Confinement | | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
     Proceeding

☐ 2  Removed from
     State Court

☐ 3  Remanded from
     Appellate Court

☐ 4  Reinstated or
     Reopened

☐ 5  Transferred from
     Another District
     *(specify)*

☐ 6  Multidistrict
     Litigation -
     Transfer

☐ 8  Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. §§ 7401, 7402, 7403

Brief description of cause:
Reduce tax liabilities to judgment,determine that Tobias Mudrick is the true owner of property,declaratory judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
     UNDER RULE 23, F.R.Cv.P.

DEMAND $
661,790.30

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
01/11/2021

SIGNATURE OF ATTORNEY OF RECORD
/s/ Yen Jeannette Tran

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  6:21-cv-00040 |
| | ) | |
| Tobias A. Mudrick; Terri L. Mudrick a.k.a. Terri Lynn; | ) | |
| Marion County; Gregory D. Peevy d.b.a. Stayton's | ) | |
| Hobby Hut; and Oregon Department of Revenue | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Tobias A. Mudrick
8193 Parker Lane SE
Turner, OR 97392

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:21-cv-00040

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  6:21-cv-00040 |
| | ) | |
| Tobias A. Mudrick; Terri L. Mudrick a.k.a. Terri Lynn; | ) | |
| Marion County; Gregory D. Peevy d.b.a. Stayton's | ) | |
| Hobby Hut; and Oregon Department of Revenue | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Terri L. Mudrick a.k.a. Terri Lynn
8193 Parker Lane SE
Turner, OR 97392

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:21-cv-00040

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| United States of America<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Tobias A. Mudrick; Terri L. Mudrick a.k.a. Terri Lynn;<br>Marion County; Gregory D. Peevy d.b.a. Stayton's<br>Hobby Hut; and Oregon Department of Revenue<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  6:21-cv-00040

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marion County
Bill Burgess, County Clerk
555 Court St NE, Suite 5232
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:21-cv-00040

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 6:21-cv-00040 |
| | ) | |
| Tobias A. Mudrick; Terri L. Mudrick a.k.a. Terri Lynn; Marion County; Gregory D. Peevy d.b.a. Stayton's Hobby Hut; and Oregon Department of Revenue | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gregory D. Peevy d.b.a. Stayton's Hobby Hut
420 N Myrtle Ave
Stayton, OR 97383

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:21-cv-00040

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Tobias A. Mudrick; Terri L. Mudrick a.k.a. Terri Lynn; | ) |
| Marion County; Gregory D. Peevy d.b.a. Stayton's | ) |
| Hobby Hut; and Oregon Department of Revenue | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  6:21-cv-00040

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Oregon Department of Revenue
955 Center Street NE
Salem, OR 97301-2555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Yen Jeannette Tran
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:21-cv-00040

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: